

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LUCIO MILLAN-RENTERIA (1), <br><br> Defendant. | Case No. 17CR1695-H <br><br> ORDER FOR EARLY TERMINATION OF SUPERVISED RELEASE |

GOOD CAUSE APPEARING and upon the Defendant's motion for early termination of Supervised Release, with no opposition from the United States of America, IT IS HEREBY ORDERED that the Defendant's motion for early termination of Supervised Release is GRANTED and Supervised Release imposed on Lucio Millan-Renteria is hereby **terminated**.

The Clerk is directed to send a copy of this order to the United States Probation Office.

IT IS SO ORDERED.

DATED: 8/15/22

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT